# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

In re:

G. YVONNE STEPHENS
LARRY K. ALEXANDER,

BKY Nos. 98-34858 and 98-33694

                              Debtors.

G. YVONNE STEPHENS

                              Appellant,

v.

JOHN A. HEDBACK, Trustee of the
Bankruptcy Estate of G. Yvonne Stephens;

                              Appellee.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Civil No. 12-1423 (JRT)
Civil No. 12-1424 (JRT)

**ORDER**

LARRY KENNETH ALEXANDER,

                              Appellant,

v.

MARY JO A. JENSEN-CARTER,

                              Appellee.

Daniel L.M. Kennedy, **KENNEDY LAW GROUP PLLC**, 4103 East
Lake Street, Minneapolis, MN 55406, for Georgina Yvonne Stephens and
Larry K. Alexander.

Michael J. Iannacone, III and Mary F. Ahrens, **IANNACONE LAW
OFFICE**, 8687 Eagle Point Boulevard, Lake Elmo, MN 55042, for Mary
Jo A. Jensen-Carter;

John A. Hedback, **HEDBACK ARENDT KOHL & CARLSON**, 2855 Anthony Lane South, Suite 201, Saint Anthony, MN 55418, *pro se.*

This matter is before the Court on Mary Jo A. Jensen-Carter and John A. Hedback's (collectively, "Trustees") motion for attorneys' fees and costs.  The Trustees bring their motions under Rule 38 of the Federal Rules of Appellate Procedure.  Because the case was appealed to this Court from the Bankruptcy Court, a motion for sanctions cannot be properly brought under the Federal Rules of Appellate Procedure.[1]  *See Hedges v. Resolution Trust*, 32 F.3d 1360, 1363-64 (9th Cir. 1994).  The motions will be denied as improperly brought.

## ORDER

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Appellees' Motions Pursuant to Rule 38 of the Federal Rules of Appellate Procedure [Civil No. 12-1423 Docket No. 9; Civil No. 12-1424, Docket No. 6] are **DENIED**.

DATED:  August 16, 2012
at Minneapolis, Minnesota.

_____
s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

---

[1] Motions for sanctions in a bankruptcy appeal to a district court may be brought under Bankruptcy Rule 9011.  *Hedges*, 32 F.3d at 1364; *see In re Sendecky*, No. 01-42790, 2002 WL 341037 at *3 (D. Minn. Feb. 28, 2002).